# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WYLIE CORPORATION AND WYLIE
RESOURCES, LTD.

NO.  2022 CW 0752

VERSUS

BABY OIL, INC.

**AUGUST 29, 2022**

---

In Re:    Brammer Engineering, Inc., applying for supervisory
          writs, 32nd Judicial District Court, Parish of
          Terrebonne, No. 169735.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**

                              JMM
                              PMc
                              GH

COURT OF APPEAL, FIRST CIRCUIT

_α.Svↄ_____
  DEPUTY CLERK OF COURT
     FOR THE COURT